# United States District Court

E-filing

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Ignacio GALVAN-Benavides

CRIMINAL COMPLAINT

CASE NUMBER: 08-70580

FILED
2008 SEP -2 P 12: 17
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __August 29, 2008__, in __Santa Clara County__ in the __Northern__ District of __California__ defendant(s)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
                                   Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
                     ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__9/2/08__                                  at __San Jose, California__
    Date                                              City and State

Richard Seeborg
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

RE: Ignacio GALVAN-Benavides

A 91 738 040

I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by this agency, U.S. Customs & Border Protection and the former Immigration and Naturalization Service (INS), since October 1, 2002. I am currently assigned to the Criminal Alien Program at the San Jose, California Sub-Office. In such capacity, I have reviewed the official immigration "A-File" relating to the above named defendant, which attests to the following:

(1) The DEFENDANT, Ignacio GALVAN-Benavides, is a (50) year-old married male whose Date of Birth is currently understood to be July 16, 1958. He is a citizen and native of Mexico as substantiated by sworn statements made to that effect by the DEFENDANT on the following dates: July 18, 2001, July 30, 2006, and August 29, 2008. Additionally, within this DEFENDANT'S A-file is a certified copy of his Mexican birth certificate;

(2) The DEFENDANT has been assigned Alien Registration number of A 91 738 040, FBI number of 284909X6, California Criminal State ID Number of CA07119608 and PFN Number DPB271;

(3) The following are the Deportation/Removal dates for this DEFENDANT:

- October 30, 1981 at the Calexico Port of Entry
- July 10, 1998, at the Calexico Port of Entry
- July 26, 1999, at the San Ysidro Port of Entry
- September 18, 2000, at the Calexico Port of Entry
- April 15, 2003, at the San Ysidro Port of Entry
- July 24, 2006, at the San Ysidro Port of Entry
- July 28, 2006, at the San Ysidro Port of Entry
- July 30, 2006, at the San Ysidro Port of Entry

(4) On July 1, 1993, the DEFENDANT was convicted in the Superior Court of California/County of Los Angeles, for the offense of: THE UNLAWFUL TAKING OF A VEHICLE, a felony, in violation of California Vehicle Code, Section 10851(a), for which the DEFENDANT was sentenced to (1) Year and (4) Months in jail. This offense is defined as an aggravated felony under Title 8, United States Code, Section 101(a)(43)(G);

(5) On May 12, 1994, the DEFENDANT was convicted in the Superior Court of California/County of Los Angles, for the offense of: PETTY THEFT W/ PRIORS, a felony, in violation of California Penal Code Section 666, for which the DEFENDANT was sentenced to (1) Year and (4) Months in jail;

RE: Ignacio GALVAN-Benavides

A 91 738 040

(6) On August 21, 1995, the DEFENDANT was convicted in the Superior Court of California/County of Los Angeles, for the offense of: SALE AND TRANSPORTATION OF COCAINE BASE, a felony, in violation of California Health and Safety Code, Section 11352(a), for which the DEFENDANT was sentenced to (5) Years in jail. This offense is defined as an aggravated felony under Title 8, United States Code, Section 101(a)(43)(B);

(7) On March 23, 1999, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the following felony offenses: USE/UNDER THE INFLUENCE OF A CONTROLLED SUBSTANCE, in violation of California Health and Safety Code, Section 11550 and POSSESSION OF A CONTROLLED SUBSTANCE, in violation of California Health and Safety Code, Section 11377(a), for which the DEFENDANT was sentenced to (7) Months in jail. This offense is defined as an aggravated felony under Title 8, United States Code, Section 101(a)(43)(B);

(8) On February 20, 2002, , the DEFENDANT was convicted in the United States District Court, Northern District of California, for the offense of: IMPROPER ENTRY BY AN ALIEN, a misdemeanor, in violation of Title 8 USC Section 1325, for which the DEFENDANT was sentenced to (24) months in jail.

(9) On July 12, 2008, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the offense of: DRIVING ON A SUPSENDED LICENSE, a misdemeanor violation, for which the DEFENDANT was sentenced to (8) days in jail.

(10) The DEFENDANT, on a date unknown, but no later than August 29, 2008, in Santa Clara County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and removals/deportations, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, Section 1326. On August 29, 2008, the DEFENDANT was interviewed by Immigration Enforcement Agent David Vargas at the DRO/ICE Sub-Office in San Jose, California. During the interview, the DEFENDANT was read his **Miranda** rights in the Spanish language. The DEFENDANT declined to invoke his **Miranda** rights and provided a written sworn statement attesting to his alienage as both: a Mexican citizen and national;

(11) The DEFENDANT'S official A-File does not contain any record or indication that he either requested or received permission from the Secretary of the Department of Homeland Security or the Attorney General of the United States to reenter the United States;

RE: Ignacio GALVAN-Benavides                                             A 91 738 040

(12)  On August 29, 2008, the DEFENDANT'S fingerprints were taken as part of the standard booking procedures. A latent print examiner at the Santa Clara County Sheriff's Department compared those fingerprints with fingerprints of Ignacio GALVAN-Benavides (A#91 738 040) on official documents in his Administrative File. The latent print examiner determined that the fingerprints were identical.

(13)  Based on the above stated information, this Officer believes there is sufficient probable cause that the Defendant is present within the United States in violation of Title 8, United States Code, Section 1326.

_____
Timothy F. Purdy
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 2nd day of September, 2008

_____
Richard Seeborg
UNITED STATES MAGISTRATE JUDGE